IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC L. JOHNSON, | : | |
| Petitioner, | : | 1:18-cv-0102 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DAVID J. EBBERT, | : | |
| Respondent. | : | |

# ORDER

## April 19, 2018

NOW THEREFORE, upon consideration of the instant Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and the supplement to that petition (Doc. 5), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 5) to supplement the petition is GRANTED inasmuch as the Court considers the petition to expressly state "misapplication of career offender status/factually and legally innocent of the sentence imposed." (*Id.* at 1).

2. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241is DISMISSED for lack of jurisdiction. *See* R. GOVERNING § 2254 CASES R. 4, 1(b).

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge

.